COMMONWEALTH *vs.* PHILIP McPARLAND.

Norfolk.    November, 22. — 25, 1887.    DEVENS & W. ALLEN, JJ.,
                                                absent.

It is no ground for an arrest of judgment in a criminal case, that the copy of the record transmitted to the Superior Court by the trial justice who tried the case is attested by him as "justice" only.

COMPLAINT to a trial justice, for keeping intoxicating liquors, with intent unlawfully to sell the same in this Commonwealth.

The record showed that the defendant was arrested and brought before the trial justice, and pleaded not guilty; that he was adjudged guilty, and sentenced; and that he appealed from said sentence to the Superior Court. The copy of the record transmitted to that court was attested by the trial justice who tried the case as " justice."

In the Superior Court the defendant, after verdict and before judgment, moved in arrest of judgment, " because the trial justice has not transmitted to this court a true and attested copy of the record, and because the court has no jurisdiction."

This motion was overruled; and the defendant appealed to this court.

*J. L. Eldridge*, for the defendant.

*A. J. Waterman*, Attorney General, for the Commonwealth.

BY THE COURT. The copy of the record transmitted to the Superior Court is sufficiently attested. It is attested by the trial justice who tried the case; and the fact that, in the attestation, he describes himself as " justice," instead of " trial justice," is immaterial. *Judgment on the verdict.*